E-FILED
Thursday, 19 August, 2004 12:33:30 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 16 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

04-1281

DOCKETED
JUL 19 2004

Zakii Tawwab Wahiid
Plaintiff

v.

Bruce R. Fisher
Allen Henderson
Jackie Miller
Defendant(s)

CASE NUMBER 04C 4677

JUDGE JUDGE MANNING

MAGISTRATE JUDGE GERALDINE SOAT BROWN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Zakii Tawwab Wahiid, declare that I am the ☒plaintiff ☐petitioner ☐movant (other________) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
I.D. # K52467 Name of prison or jail: LAWRENCE
Do you receive any payment from the institution? ☒Yes ☐No Monthly amount: $10.00

2. Are you currently employed? ☐Yes ☒No
Monthly salary or wages: $6.50 hr.
Name and address of employer: LABOR TEMP. SER. E. NEW YORK ST. AURORA, IL. 6

a. If the answer is "No":
Date of last employment: JUNE 2000
Monthly salary or wages: $6.50 hr.
Name and address of last employer: LABOR TEMP. SERVICES EAST NEW YORK ST. AURORA, IL. 60505

b. Are you married? ☐Yes ☒No
Spouse's monthly salary or wages:________
Name and address of employer:________

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

a. Salary or wages ☐Yes ☒No
Amount________ Received by________

3

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount__________ Received by__________

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount__________ Received by__________

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ☒No
Amount__________ Received by__________

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount__________ Received by__________

f. ☐Any other sources (state source:__________) ☐Yes ☒No
Amount__________ Received by__________

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:__________
In whose name held:__________ Relationship to you:__________

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:__________ Current Value:__________
In whose name held:__________ Relationship to you:__________

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:__________
Type of property:__________ Current value:__________
In whose name held:__________ Relationship to you:__________
Amount of monthly mortgage or loan payments:__________
Name of person making payments:__________

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property:__________
Current value:__________
In whose name held:__________ Relationship to you:__________

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
__________
__________

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: JUNE 28, 2004

Zakii To Wahiid
Signature of Applicant

ZAKII T. WAHIID
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Zakii Wahiid, I.D.# K52467, has the sum of $ -(24.43) on account to his/her credit at (name of institution) Lawrence Correctional Center.
I further certify that the applicant has the following securities to his/her credit: ______. I further certify that during the past six months the applicant's average monthly deposit was $ 8.57.
(Add all deposits from all sources and then divide by number of months).

6-29-04
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER

[signature]
(Print name)

rev. 7/18/02

# Lawrence Correctional Center
## Inmate Trust Fund
### Inmate Transaction Statement



REPORT CRITERIA - Date: 12/29/2003 thru End; Inmate: K52467; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: K52467 Wahiid, Zakii** **Housing Unit: LAW-R1-AL-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | **0.23** |
| 02/13/04 | Payroll | 20 Payroll Adjustment | 044134 | | P/R month of 01/2004 | 1.19 | 1.42 |
| 02/17/04 | Disbursements | 81 Legal Postage | 048334 | Chk #7033 | 040287 - DOC: Postage | -1.20 | .22 |
| 03/11/04 | Payroll | 20 Payroll Adjustment | 071118 | | P/R month of 02/2004 | 8.50 | 8.72 |
| 03/15/04 | Disbursements | 81 Legal Postage | 075334 | Chk #7344 | 040836 - DOC: Postage | -3.85 | 4.87 |
| 03/15/04 | Disbursements | 81 Legal Postage | 075334 | Chk #7344 | 041011 - DOC: Postage | -.74 | 4.13 |
| 03/15/04 | Disbursements | 90 Medical Co-Pay | 075334 | Chk #7349 | 040617 - Doc: Medical Co-Pay | -2.00 | 2.13 |
| 03/15/04 | Disbursements | 90 Medical Co-Pay | 075334 | Chk #7349 | 040617 - Doc: Medical Co-Pay | -2.00 | .13 |
| 04/16/04 | Payroll | 20 Payroll Adjustment | 107118 | | P/R month of 03/2004 | 10.00 | 10.13 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110334 | Chk #7692 | 041896 - DOC: Postage | -.37 | 9.76 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110334 | Chk #7692 | 041140 - DOC: Postage | -1.29 | 8.47 |
| 05/03/04 | Disbursements | 84 Library | 124334 | Chk #7823 | 041124 - DOC: Library Copies | -1.40 | 7.07 |
| 05/03/04 | Disbursements | 84 Library | 124334 | Chk #7823 | 040893 - DOC: Library Copies | -7.00 | .07 |
| 05/14/04 | Payroll | 20 Payroll Adjustment | 135134 | | P/R month of 04/2004 | 10.00 | 10.07 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138334 | Chk #7931 | 041296 - DOC: Postage | -2.12 | 7.95 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138334 | Chk #7931 | 041432 - DOC: Postage | -.74 | 7.21 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138334 | Chk #7931 | 041741 - DOC: Postage | -.74 | 6.47 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138334 | Chk #7931 | 041930 - DOC: Postage | -1.29 | 5.18 |
| 05/17/04 | Disbursements | 90 Medical Co-Pay | 138334 | Chk #7936 | 041299 - Doc: Medical Co-Pay | -2.00 | 3.18 |
| 06/01/04 | Disbursements | 84 Library | 153334 | Chk #8039 | 043247 - DOC: Library Copies | -.50 | 2.68 |
| 06/01/04 | Disbursements | 84 Library | 153334 | Chk #8039 | 042881 - DOC: Library Copies | -.65 | 2.03 |
| 06/01/04 | Disbursements | 84 Library | 153334 | Chk #8039 | 041366 - DOC: Library Copies | -.50 | 1.53 |
| 06/01/04 | Disbursements | 84 Library | 153334 | Chk #8039 | 044475 - DOC: Library Copies | -.70 | .83 |
| 06/01/04 | Disbursements | 84 Library | 153334 | Chk #8039 | 043586 - DOC: Library Copies | -.65 | .18 |
| 06/11/04 | Payroll | 20 Payroll Adjustment | 163134 | | P/R month of 05/2004 | 4.59 | 4.77 |
| 06/14/04 | Disbursements | 81 Legal Postage | 166334 | Chk #8128 | 042665 - DOC: Postage | -3.55 | 1.22 |

| | |
|---|---|
| **Total Inmate Funds:** | 1.22 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 25.65 |
| **Funds Available:** | -24.43 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 01/15/2004 | 042662 | Disb | K52467 Library | 2 | DOC: Library Copi | $6.75 |
| 03/10/2004 | 043400 | Disb | K52467 Library | 2 | DOC: Library Copi | $2.25 |
| 04/01/2004 | 043734 | Disb | K52467 Medical Co-Pay | 57 | Doc: Medical Co-P | $2.00 |
| 04/08/2004 | 043831 | Disb | K52467 Library | 2 | DOC: Library Copi | $2.40 |

1:04-cv-01281-HAB-JAG # 3 Page 5 of 5



# Lawrence Correctional Center
## Inmate Trust Fund
### Inmate Transaction Statement



REPORT CRITERIA - Date: 12/29/2003 thru End; Inmate: K52467; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: K52467 Wahiid, Zakii** **Housing Unit: LAW-R1-AL-07**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 04/22/2004 | 044022 | Disb | K52467 Library | 2 | DOC: Library Copi | $0.90 |
| 05/04/2004 | 044166 | Disb | K52467 Library | 2 | DOC: Library Copi | $5.05 |
| 06/15/2004 | 044709 | Disb | K52467 Library | 2 | DOC: Library Copi | $6.30 |
| | | | | | **Total Restrictions:** | **$25.65** |