E-FILED
Thursday, 19 August, 2004 01:02:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zakii Tawwab Wahiid
Plaintiff

vs

Adjustment Committee
Bruce R. Fisher
Allen Henderson
Administrative Review Board
Jackie Miller

DOCKETED
JUL 19 2004

04-1281

CASE NO. 04C 4677

JUDGE MANNING

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

FILED
JUL 16 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion For Appointment of Counsel

1. I, Zakii Tawwab Wahiid, am the plaintiff in the above entitled proceeding, and am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In futher support of my motion, I declare: I am not currently, nor previously have been represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

3. In futher support of my motion, I declare that: I have filed an application to proceed in Forma Pauperis with this case; the information contained therein remains a true and correct

REPRESENTATION OF MY FINANCIAL STATUS.

4. I declare under penalty that the foregoing is true and correct.

07-12-04
DATE

Zakii T. Wahiid
Lakii T. Wahiid
#K52467
R.R. 2, Box 31
Sumner, IL. 62466