**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
CLERK

August 13, 2004

**RECEIVED**

USDC
Central District of Illinois (Peoria)

AUG 1 8 2004

309 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

10:30 A.M.

Re: Zakaii T. Wahid K#-52467 vs. Bruce R. Fisher et al

USDC No: 04cv4677    04-1281

Dear Sr:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Blance Manning on 7/28/04. Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Gregory Young
Deputy Clerk

Enclosures

New Case No. _____    Date _____

TERMED BROWN

U.S. District Court
Northern District of Illinois (Chicago)

CIVIL DOCKET FOR CASE #: 04-CV-4677

Wahiid v. Fisher, et al                                      Filed: 07/16/04
Assigned to: Hon. Blanche M. Manning
Demand: $0,000                                               Nature of Suit: 555
Lead Docket: None                                            Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights

ZAKII TAWWAB WAHIID               Zakii Tawwab Wahiid
     plaintiff                    K-52467
                                  [NTC] [PRO SE]
                                  Lawrence - LAW
                                  R.R. 2, P.O. Box 31
                                  Sumner, IL 62466

                                  Notices to Prisoner
                                  Correspondence
                                  [NTC]

     v.

BRUCE R FISHER                    IDOC Chief of Legal Services
     defendant                    [NTC]
                                  Illinois Department of
                                  Corrections
                                  100 West Randolph Street
                                  4-200
                                  Chicago, IL 60601
                                  (312) 793-3017

ALLEN HENDERSON                   IDOC Chief of Legal Services
     defendant                    (See above)
                                  [NTC]

JACKIE MILLER                     IDOC Chief of Legal Services
     defendant                    (See above)
                                  [NTC]


Docket as of August 16, 2004 2:32 pm                          Page 1

Proceedings include all events.                                          TERMED
1:04cv4677 Wahiid v. Fisher, et al                                       BROWN

ZAKII TAWWAB WAHIID

      plaintiff

 v.

BRUCE R FISHER; ALLEN HENDERSON; JACKIE MILLER

      defendant

Proceedings include all events.                                         TERMED
1:04cv4677 Wahiid v. Fisher, et al                                       BROWN

| | | |
|---|---|---|
| 7/16/04 | 1 | RECEIVED complaint with three copies (Attachments). (rbf) [Entry date 07/19/04] |
| 7/16/04 | 2 | CIVIL cover sheet. (rbf) [Entry date 07/19/04] |
| 7/16/04 | 3 | APPLICATION by plaintiff to proceed in forma pauperis and financial affidavit (rbf) [Entry date 07/19/04] |
| 7/16/04 | 4 | MOTION by plaintiff for appointment of counsel (rbf) [Entry date 07/19/04] |
| 7/19/04 | -- | FORWARDED complete file to Prisoner Correspondence. (rbf) [Entry date 07/19/04] |
| 7/28/04 | 5 | MINUTE ORDER of 7/28/04 by Hon. Blanche M. Manning : This action is transferred to the United States District Court for the Central District of Illinois at Peoria for imposition of an initial filing fee and whatever other action the transferee court deem appropriate. The clerk shall not issue summons unless the transferee court so directs. (See reverse of minute order.) terminating case. Mailed notice (gy) [Entry date 07/29/04] |
| 8/16/04 | -- | CERTIFIED AND TRANSMITTED the complete record to the USDC for the Central District of Peoria consisting of 1 volumes of pleadings, docket entries and transmittal letter via certified mail no. 7002 2410 0002 2961 0206 : Mailed copy of transmittal letter to counsel of record. (gy) [Entry date 08/16/04] |