

**JOHN M. WATERS**
CLERK OF COURT

Xqlwhg#Vwdwhv#Glvwulfw#Frxuw
CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

August 19, 2004

Zakii Tawwab Wahiid
K-52467
Lawrence - LAW
R.R.2, PO Box 31
Sumner, IL 62466

IDOC Chief of Legal Services
100 West Randolph St.
4-200
Chicago, IL 60601

                              RE: Wahiid v. Fisher et al.
                              CASE NO. IN PEORIA: 04-1281

Dear Sir/Madam:

      This letter is to inform you that the above-mentioned case has recently been transferred to our court. The new case number for this case is 04-1281. Please refer to this number on all of your future pleadings. Our court always requires the original pleading plus one copy of all documents. If you have any further questions, please feel free to contact the Clerk's office.

                              Very truly yours,

                              s/ John M. Waters

                              JOHN M. WATERS, CLERK
                              U.S. DISTRICT COURT

JMW/rlk

trans.ltr.wpd