E-FILED
Friday, 20 August, 2004 12:07:59 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Zakii Tawwab Wahiid** ) | | WRIT OF HABEAS CORPUS |
| Plaintiff ) | | AD TESTIFICANDUM |
| ) | | |
| **vs** ) | | |
| ) | | **CASE NO. 04-1281** |
| **Bruce Fisher, et al.** ) | | |
| Defendant ) | | |

**TO: THE WARDEN of** Lawrence at Sumner, IL.

**WE COMMAND** that you produce the body of **Zakii Tawwab Wahiid**, Register No. **K-52467**, who is in your custody at Lawrence Correctional Center before the United States District Court on **Tuesday, 9/28/04 at 9:45 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 20, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/ R. Knox_____
Deputy Clerk