# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>ZAKII TAWWAB WAHIID v BRUCE FISHER, ET AL | CASE NO.<br><br>04-1281 | Beginning Date of Trial:<br><br>10/20/2004 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF LAWRENCE CORR CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Zakii Tawwab Wahiid | K 52467 | LAWRENCE | 10/20/2004 | 10:30 - 10:45 |
| Judge Baker | N/A | URBANA | 10/20/2004 | 10:30 - 10:45 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated:** September 24, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: __s/K. Wynn_____
        DEPUTY CLERK

cc: Zakii Tawwab Wahiid

Format and wording approved by IDOC Legal Counsel 2/11/98