# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

**FILED**
OCT 14 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Zakii Tawwab Wahiid, K52467
  Plaintiff

vs.

Bruce Fisher, et al
  Defendants

CASE NO. 04-1281
JURY TRIAL demanded

## Motion Requesting To Proceed in Forma Pauperis

I, Zakii Tawwab Wahiid, am the plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, I state that because of my poverty I am unable to pay the cost of said proceeding; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

① I am not employed while being confined at Lawrence Correctional Center but I receive (a state/nominal wages) of $10.00 per month.

② That since March or April of 2003, I've been paying restitution, and from ~~July or~~ Aug or Sept. 2003 until now my monthly wages of $10.00 is being taken by this institution for Library copies of legal material being mailed to courts and postage.

③ That every month of state pay that week I get an indigent bag 4 soaps, two small toothpastes, two small

DEODORANTS, AND TWO RAZORS.

④ I have no other source of income.

⑤ Attached is a copy of Transaction Statement of 9/7/04, 9/24/04.

I declare under penalty of perjury that the foregoing is true and correct.

Signed This __28__ day of __Sept.__, 2004.

Zakii T. Wahiid, K52467

REPORT CRITERIA - Date: 07/01/2004 thru End;   Inmate: K52467;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K52467 Wahiid, Zakii**  **Housing Unit: LAW-R2-CU-15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 1.22 |
| 07/12/04 | Disbursements | 84 Library | 194334 | Chk #8323 | 044022 - DOC: Library Copies | -.90 | .32 |
| 07/16/04 | Payroll | 20 Payroll Adjustment | 198134 | | P/R month of 06/2004 | 5.00 | 5.32 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201334 | Chk #8345 | 045058 - DOC: Postage | -.83 | 4.49 |
| 07/19/04 | Disbursements | 90 Medical Co-Pay | 201334 | Chk #8361 | 043734 - Doc: Medical Co-Pay | -2.00 | 2.49 |
| 08/04/04 | Disbursements | 84 Library | 217334 | Chk #8476 | 043400 - DOC: Library Copies | -2.25 | .24 |
| 08/13/04 | Payroll | 20 Payroll Adjustment | 226134 | | P/R month of 07/2004 | 5.00 | 5.24 |
| 08/16/04 | Disbursements | 81 Legal Postage | 229334 | Chk #8597 | 045305 - DOC: Postage | -1.29 | 3.95 |

|  |  |
|---|---:|
| Total Inmate Funds: | 3.95 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 62.06 |
| Funds Available: | -58.11 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 01/15/2004 | 042662 | Disb | K52467 Library | 2 | DOC: Library Copi | $6.75 |
| 04/08/2004 | 043831 | Disb | K52467 Library | 2 | DOC: Library Copi | $2.40 |
| 05/04/2004 | 044166 | Disb | K52467 Library | 2 | DOC: Library Copi | $5.05 |
| 06/15/2004 | 044709 | Disb | K52467 Library | 2 | DOC: Library Copi | $6.30 |
| 07/13/2004 | 045058 | Disb | K52467 Legal Postage | 3 | DOC: Postage | $9.19 |
| 07/20/2004 | 045169 | Disb | K52467 Library | 2 | DOC: Library Copi | $21.80 |
| 08/19/2004 | 045601 | Disb | K52467 Library | 2 | DOC: Library Copi | $2.55 |
| 09/01/2004 | 045843 | Disb | K52467 Library | 2 | DOC: Library Copi | $7.65 |
| 09/01/2004 | 045846 | Disb | K52467 Legal Postage | 3 | DOC: Postage | $0.37 |
| | | | | | **Total Restrictions:** | **$62.06** |

Date: 9/24/2004　　　　　　　　　　Lawrence Correctional Center　　　　　　　　　　　　Page 1
Time:　10:25am　　　　　　　　　　　　　Inmate Trust Fund
d_list_inmate_trans_statement_composite　　Inmate Transaction Statement

1:04-cv-01281-HAB-JAG    # 12    Page 4 of 5

REPORT CRITERIA - Date: 08/01/2004 thru End;　Inmate: K52467;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: K52467  Wahiid, Zakii**　　　　　　　　　　**Housing Unit: LAW-R2-CU-15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | **Beginning Balance:** | | 2.49 |
| 08/04/04 | Disbursements | 84 Library | 217334 | Chk #8476 | 043400 - DOC: Library Copies | -2.25 | .24 |
| 08/13/04 | Payroll | 20 Payroll Adjustment | 226134 | | P/R month of 07/2004 | 5.00 | 5.24 |
| 08/16/04 | Disbursements | 81 Legal Postage | 229334 | Chk #8597 | 045305 - DOC: Postage | -1.29 | 3.95 |
| 09/14/04 | Disbursements | 81 Legal Postage | 258334 | Chk #8893 | 045846 - DOC: Postage | -.37 | 3.58 |
| 09/20/04 | Payroll | 20 Payroll Adjustment | 264134 | | P/R month of 08/2004 | 4.59 | 8.17 |

|  |  |
|---|---:|
| **Total Inmate Funds:** | 8.17 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 62.29 |
| **Funds Available:** | -54.12 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---:|
| 01/15/2004 | 042662 | Disb | K52467 Library | 2 | DOC: Library Copi | $6.75 |
| 04/08/2004 | 043831 | Disb | K52467 Library | 2 | DOC: Library Copi | $2.40 |
| 05/04/2004 | 044166 | Disb | K52467 Library | 2 | DOC: Library Copi | $5.05 |
| 06/15/2004 | 044709 | Disb | K52467 Library | 2 | DOC: Library Copi | $6.30 |
| 07/13/2004 | 045058 | Disb | K52467 Legal Postage | 3 | DOC: Postage | $9.19 |
| 07/20/2004 | 045169 | Disb | K52467 Library | 2 | DOC: Library Copi | $21.80 |
| 08/19/2004 | 045601 | Disb | K52467 Library | 2 | DOC: Library Copi | $2.55 |
| 09/01/2004 | 045843 | Disb | K52467 Library | 2 | DOC: Library Copi | $7.65 |
| 09/15/2004 | 046020 | Disb | K52467 Library | 2 | DOC: Library Copi | $0.60 |
| | | | | | **Total Restrictions:** | **$62.29** |

REPORT CRITERIA - Inmate: K52467;    New page for each inmate ? : No;    Include Zero Balances ? : Yes;
Furlough / Restitution Type: All Types;    Report Type: Detail Line;    Sort Order: Inmate Number;    Status: All

| Inmate | ID# | Vendor | Transaction Type | Date | Amount | Balance |
|---|---|---|---|---|---|---|
| **K52467   Wahiid, Zakii** | | | | | | |
| **Housing Unit: LAW-R2-CU-15** | 326 | Not Applicable | 72 Involuntary Restitutions | 07/22/2003 | 40.47 | 20.10 |
| | | Detailed History: 1 | Beginning Balance | 07/22/2003 | 40.47 | 40.47 |
| | | 3 | Payment | 02/13/2004 | 1.19 | 39.28 |
| | | 3 | Payment | 06/11/2004 | 4.59 | 34.69 |
| | | 3 | Payment | 07/16/2004 | 5.00 | 29.69 |
| | | 3 | Payment | 08/13/2004 | 5.00 | 24.69 |
| | | 3 | Payment | 09/20/2004 | 4.59 | 20.10 |
| **K52467   Wahiid, Zakii** | | | | | | |
| **Housing Unit: LAW-R2-CU-15** | 350 | 83  US District Court, Northern Distri | 73 Court Ordered Fees | 09/18/2003 | 150.00 | 150.00 |
| | | Detailed History: 1 | Beginning Balance | 09/18/2003 | 150.00 | 150.00 |

Payment Instructions: 20.00 % with 0.00 minimum balance.

|  |  |  |
|---|---|---|
| Total Involuntary Restitutions | | 20.10 |
| Total Court Ordered Fees | | 150.00 |
| Final Total | | 170.10 |