UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

1:04-cv-01281-HAB-JAG    # 13    Page 1 of 3

E-FILED
Thursday, 14 October, 2004 12:51 PM
Clerk, U.S. District Court, ILCD

OCT 14 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Zakii Tawwab Wahiid, K52467
Plaintiff

vs.

Bruce Fisher, ET al
Defendants

CASE NO. 04-1281

Jury Trial demanded

## Motion For The Appointment Of Counsel

I, Zakii Tawwab Wahiid, plaintiff pursuant to §1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1) The plaintiff is unable to afford counsel.

2) The issues involved in this case are complex.

3) The plaintiff has extremely limited access to the law library.

4) The plaintiff has a limited knowledge of the law.

Sept. 28, 2004
DATE

Zakii T. Wahiid
K52467
R.R.2, Box 31
Sumner, IL.
62466

STATE OF ILLINOIS
COUNTY OF Lawrence

Affidavit in Support of the Plaintiff's Motion for the Appointment of Counsel

I, Zakii Tawwab Wahiid, being duly sworn, deposes and says

(1) I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

(2) The plaintiff was denied due process in a disciplinary hearing, and his appeal was denied.

(3) That the testimony will be in sharp conflict, plaintiff states he called C/o Wilcoxen, to his cell along with I/m Rivers. While defendants believed C/o Wilcoxen, stating he heard us arguing.

(4) The plaintiff has no legal education.

(5) The plaintiff demands a jury trial.

(6) Plaintiff has no ability to present his claim or the complexity of the legal issues. Abdullah v. Gunter, 949 F.2d 1032 (8th Cir. 1991.

WHEREFORE, the plaintiffs motion for the Appointment of counsel should be granted.

*Zukii T. Wahiid*
*Zukii Wahiid*

Sworn to before me this 28th day of September, 2004

*Sharon L. McCorkle*
NOTARY PUBLIC