1:04-cv-01281-HAB-JAG    # 14    Page 1 of 2                                E-FILED
                                                                              Wednesday, 20 October, 2004   12:02:15 PM
AO 450 (Rev. 5/85) Judgment in a Civil Case                                        Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**ZAKII TAWWAB WAHIID,**
**Plaintiff,**

vs.                                                                       Case Number:  **04-1281**

**BRUCE FISHER, ET AL.,**
**Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed without prejudice for lack of jurisdiction under Heck v Humphrey, 512 U.S. 486-87.

ENTER this 20th day of October, 2004.

s/John M. Waters, Clerk
_____
JOHN M. WATERS, CLERK

s/K. Wynn
_____
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

1:04-cv-01281-HAB-JAG    # 14    Page 2 of 2

AO 450 (Rev. 5/85) Judgment in a Civil Case